In the Matter of Carlo.

# IN THE MATTER OF RAMON QUINTIN CARLO.

### Opinion on Petition for Habeas Corpus.

United States courts will not interfere by writ of habeas corpus with prisoners held by local authority except in the cases enumerated in § 753 of the Revised Statutes of the United States, U. S. Comp. Stat. 1901, p. 592.

December 3, 1901.

*Mr. H. E. Smith,* attorney for petitioner.

Holt, Judge, delivered the following opinion:

The petitioner, Ramon Quintin Carlo, presents his petition, and asks for a writ of habeas corpus. It appears from it that he is confined in the municipal jail of the city of Mayaguez, under

*Habeas corpus.* The authorities dealing with the power of the Federal courts to issue writs of habeas corpus are presented in editorial note to Tinsley v. Anderson, 43 L. ed. U. S. 92.

As to when habeas corpus will issue, and, what may be inquired into upon such writ, see editorial notes to Pearce v. Texas, 39 L. ed. U. S. 164; Oteizay Cortes v. Jacobus, 34 L. ed. U. S. 464; Re Carll, 27 L. ed. U. S. 288; as to issuance of the writ in extradition cases, see editorial note to Oteiza y Cortes v. Jacobus, 34 L. ed. U. S. 464; as to the suspension of writ of habeas corpus, see editorial notes to Luther v. Borden, 12 L. ed. U. S. 581; Re Boyle, 45 L. R. A. 832; as to issuance of writ for purpose of reviewing excessive sentence, see editorial note to Re Taylor, 45 L. R. A. 136; as to presumption of innocence in habeas corpus proceedings, see editorial note to North Carolina v. Jones, 22 L. R. A. 678.

In the Matter of Carlo.

a judgment of the district court of Mayaguez. It is only in an exceptional case that the United States court will interpose by this writ to release prisoners held in custody by the local authorities. Matters of mere error, if any exist, are to be cured upon appeal. Where a prisoner is in jail, the right to the writ is limited to certain cases by § 753 of the Revised Statutes (U. S. Comp. Stat. 1901, p. 592), and this application does not fall within it. The application for the writ is, therefore, refused.